UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DOCOUTO, | ) |
|       Plaintiff, | ) Case No.: 2:13-cv-00711-GMN-VCF |
| vs. | ) |
| | ) **ORDER ACCEPTING REPORT &** |
| DAVID G. NANZ, | ) **RECOMMENDATION OF MAGISTRATE** |
| | ) **JUDGE CAM FERENBACH** |
|       Defendant. | ) |

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered on May 13, 2013.  On May 13, 2013, Magistrate Judge Ferenbach granted Plaintiff's Motion/Application to Proceed *In Forma Pauperis*, and further recommended that Plaintiff's Complaint be filed by the Clerk of Court and thereafter that the claims be dismissed without prejudice, giving Plaintiff thirty (30) days from the entry of the District Judge's Order to file an amended complaint.

Pursuant to Local Rule IB 3-2(a), objections were due by May 28, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Plaintiff's claims are hereby **DISMISSED without prejudice**, and Plaintiff shall have until **July 29, 2013** to file an amended complaint curing the deficiencies as stated in the Report and Recommendation of Magistrate Judge Cam Ferenbach (ECF No. 2), **or the case will be closed**.

**DATED** this 25th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge