# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALBERTO DOCOUTO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:13-cv-00711-GMN-VCF |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID G. NANZ, *FBI Special Agent*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 25, 2013, the Court dismissed Plaintiff's claims and gave leave to amend by July 29, 2013, or the case would be closed. (Order, ECF No. 4.)  That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____

Gloria M. Navarro
United States District Judge